UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARASOTA COUNTY PUBLIC
HOSPITAL BOARD
d/b/a Sarasota Memorial Health
Care System,

    Plaintiff,

v.                                  Case No. 8:25-cv-104-SDM-AAS

HUMANA MEDICAL PLAN, INC.,
et al.,

    Defendants.
_____/

## ORDER

Defendants Humana Medical Plan, Inc., Humana Health Insurance Company of Florida, Inc., and Humana Insurance Company request the court relieve the parties from exchanging Rule 26(f) initial disclosures. (Doc. 44). The defendants argue Rule 26(f) disclosures are unnecessary because the parties have exchanged thousands of documents since this litigation began in 2021 in Florida's Twelfth Judicial Circuit Court. (Doc. 44, p. 2). Plaintiff Sarasota County Public Hospital Board agrees with the defendants that Rule 26(f) disclosures are unnecessary at this point in the litigation. (*Id.*).

Federal Rule of Civil Procedure 26(a)(1)(C) states:

A party must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by

1

> stipulation or court order, or unless a party objects during the conference that initial disclosures are not appropriate in this action and states the objection in the proposed discovery plan. In ruling on the objection, the court must determine what disclosures, if any, are to be made and must set the time for disclosure.

Fed. R. Civ. P. 26(a)(1)(C). Because the parties have been participating in discovery since 2021 and they are in agreement that there is no need for Rule 26(f) disclosures, the undersigned finds good cause to grant the defendants' request. Accordingly, the defendants' motion to relieve the parties of their duty to exchange Rule 26(f) initial disclosures (Doc. 44) is **GRANTED**.

**ORDERED** in Tampa, Florida on August 4, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge